UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br> )<br>       Plaintiff/Counterclaim )<br>       Defendant, )<br>   v. )<br> )<br>JAMES FOUGERE, SARAH BRODY-ISBILL, )<br>and A BETTER INSURANCE AGENCY, INC., )<br> )<br>       Defendants/ )<br>       Counterclaimants. ) | CIVIL ACTION<br>NO. 16-11652-JGD |

## FINAL ORDER OF JUDGMENT

March 28, 2022

DEIN, U.S.M.J.

This Court's "Order of Judgment" dated January 21, 2022 (Docket No. 284) is incorporated herein by reference.

In accordance with this Court's "Memorandum of Decision and Order on Plaintiff's Petition for Attorneys' Fees and Costs" (Docket No. 286), judgment is hereby entered in favor of the Plaintiff, Allstate Insurance Company ("Allstate"), on the "Plaintiff's Petition for Attorneys' Fees and Costs" (Docket No. 270) against the Defendants James Fougere and Sarah Brody-Isbill.

In addition to the nominal damages previously ordered, James Fougere and Sarah Brody-Isbill are jointly and severally liable to Allstate in the amount of $220,807.05 in attorneys' fees and $13,440.23 in expenses for a total of $234,247.28.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge